IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-104-GCM

| | |
|---|---|
| JEROME JOLLY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ENHANCED RECOVERY COMPANY, ) <br> LLC, ) <br> ) <br> Defendant. ) <br> _____) | ORDER |

THIS MATTER comes before the Court On its own motion. The *pro se* Plaintiff filed his original Complaint on February 19, 2013 alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., by obtaining Plaintiff's consumer credit report without a permissible purpose. [Doc. No. 1]. Along with the Complaint, Plaintiff submitted an application to proceed *in forma pauperis*. [Doc. No. 2]. In an order dated March 4, 2013, the Court denied Plaintiff's Motion to Proceed *in forma pauperis* and allowed Plaintiff (10) days within which to pay the full filing fee of $350.00. The Court specifically cautioned Plaintiff that failure to pay the full filing fee within ten (10) days of entry of the Court's Order would result in dismissal of this action without further notice. [Doc. No. 3]. More than ten days has passed since the Court entered its Order on March 4, 2013 and Plaintiff has not paid the filing fee.

IT IS THEREFORE ORDERED that Plaintiff's case is hereby DISMISSED.

1

**SO ORDERED**.

Signed: March 19, 2013

Graham C. Mullen
United States District Judge