# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Jerome Jolly, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13cv104 |
| | ) | |
| vs. | ) | |
| | ) | |
| Enhanced Recovery Company, LLC, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court on its own motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 19, 2013 Order.

Signed: March 19, 2013

Frank G. Johns, Clerk
United States District Court